■ EDWIN MORTENSON et al., Appellants, v. NOAH CHOOK, Doing Business as EAST END CLEANERS AND EAST END DRY CLEANERS, LTD., Appellant, and FULTON FIRE INSURANCE COMPANY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta and Christ, JJ., concur; Pette, J., not voting.

■ POINT LOOKOUT CIVIC ASSOCIATION, INC., et al., Appellants, v. TOWN OF HEMPSTEAD et al., Respondents.— Motion to dismiss appeal denied on condition that appellants be ready to argue or submit the appeal at the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before August 1, 1960. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE ALBANESE, Appellant.— Motion for leave to dispense with printing and for assignment of counsel denied. An examination of the papers submitted on this motion discloses that as a matter of law the remedy of *coram nobis* is not available to the appellant on the ground urged by him (*People* v. *Brown*, 7 N Y 2d 359; *People* v. *Tomaselli*, 7 N Y 2d 350; *People* v. *Battice*, 6 A D 2d 733, affd. 5 N Y 2d 946). Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS J. BARRETT, Appellant.— Motion to dispense with printing denied on the ground that the order is not appealable. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD BROWN, Appellant.— Motion for leave to appeal as a poor person denied. An examination of the papers submitted discloses that, as matter of law, the remedy of *coram nobis* is not available to appellant on the ground urged by him. Moreover, the ground now urged was previously considered by the court on a prior appeal from the judgment of conviction, which this court affirmed. (*People* v. *Brown*, 5 A D 2d 871.) Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID DAWSON, Also Known as DAVID FLOYD DAWSON, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND P. DUROCHER, Appellant.— Motion for reconsideration of motion for leave to appeal as a poor person granted. On reconsideration, motion for leave to appeal as a poor person, will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the November 1960 Term; appeal ordered to be placed on the calendar for November 7, 1960. Thomas J. Higgins, Jr., Esq., 185 Hillside Ave., Williston Park, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.